IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXRO TECHNOLOGIES, INC., | C.A. No. 1:22-cv-10344 MPK |
| *Plaintiff*, | |
| v. | |
| EPROPELLED, INC., | |
| *Defendant*. | |

**PLAINTIFF EXTRO TECHNOLOGIES, INC.'s
<u>MOTION FOR REMAND TO THE MASSACHUSETTS SUPERIOR COURT</u>**

Pursuant to 28 U.S.C. § 1447(c), Plaintiff Exro Technologies, Inc. ("Exro") hereby moves the Court for an Order remanding the above-captioned litigation to Massachusetts Superior Court for Middlesex County ("Motion").

In support of its Motion, Exro relies upon the accompanying memorandum of law.

**WHEREFORE,** Exro respectfully requests that the Court grant its Motion, remand this case to the Massachusetts Superior Court for Middlesex County where it was originally filed, and grant such other and further relief as the Court deems just and proper.

COZEN O'CONNOR

*/s/ Wendy K. Venoit*
Wendy K. Venoit
101 Arch Street, 8th Floor
Boston, Massachusetts 02110
Tel.: (617) 849-5002
wvenoit@cozen.com

*Attorneys for Plaintiff, Exro Technologies, Inc.*

Dated: March 21, 2022

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Wendy K. Venoit, hereby certify pursuant to Local Rule 7.1(A)(2) that on March 15, 2022, I conferred in good faith with opposing counsel in order to resolve or narrow the issues presented in the above Motion for Remand.

                                                                               */s/ Wendy K. Venoit*

## CERTIFICATE OF SERVICE

I, Wendy K. Venoit, hereby certify that on March 21, 2022, I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

                                                                               */s/ Wendy K. Venoit*